# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |  |
|---|---|---|
| EQT Corporation, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF TRANSPORTATION and | ) ) ) | Case No. 23-1057 |
| | ) | |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

## UNDERLYING DECISION FROM WHICH PETITION ARISES

Pursuant to this Court's order of March 1, 2023, EQT Corporation ("Petitioner") hereby submits the following order issued by the U.S. Department of Transportation and Pipeline and Hazardous Materials Safety Administration, Notification No. 22-244521 – 49 C.F.R. §§ 192.18 and 192.9(h) to use Non-Steel Pipe (December 16, 2022).

Respectfully submitted,

*/s/ Keith J. Coyle*
Keith J. Coyle
D.C. Circuit Bar No. 61558
Christina Manfredi McKinley

                                                      D.C. Circuit Bar No. 53419
Babst, Calland, Clements & Zomnir, P.C.
505 9th Street, NW
Suite 602
Washington, DC 20004
(202) 853-3460
kcoyle@babstcalland.com
cmckinley@babstcalland.com

*Counsel for EQT Corporation*

Dated March 31, 2023

**ORAL ARGUMENT IS NOT SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| EQT Corporation, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF TRANSPORTATION and | ) ) ) | Case No. 23-1057 |
| | ) | |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure, I hereby certify that I have this day caused the foregoing Underlying Decision From Which Petition Arises to be served upon the following parties via Federal Express overnight:

Pete Buttigieg, Secretary
United States Department of
Transportation
Office of the Secretary
1200 New Jersey Ave., SE
Washington, DC 20590

Tristan Brown, Deputy Administrator
Pipeline and Hazardous Materials
Safety Administration
Office of the Administrator
1200 New Jersey Ave., SE
Washington, DC 20590

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Dated at Washington, DC, this 31st day of March 2023.

                                        */s/ Keith J. Coyle*
                                        Keith J. Coyle



U.S. Department
of Transportation
**Pipeline and Hazardous
Materials Safety
Administration**

1200 New Jersey Avenue, SE
Washington, DC 20590

December 16, 2022

Mr. Brett Butterworth
Project Manager – Production Planning
EQT Corporation
2462 Lycoming Creek Road
Williamsport, Pennsylvania 17701

Re: Notification 22-244521
49 CFR §§ 192.18 and 192.9(h) to use Non-Steel Pipe

Dear Mr. Butterworth:

On May 18, 2022, the EQT Corporation (EQT)[1] filed Notification 22-244521 with the Pipeline and Hazardous Materials Safety Administration (PHMSA) pursuant to 49 Code of Federal Regulations (CFR) §§ 192.9 (h) and 192.18 for the use of composite pipe, a non-steel pipeline material, not currently authorized for use under 49 CFR Part 192. The notification included the proposed installation of approximately 2.0 miles of 8-inch diameter, Type C gas gathering, intrastate pipeline (Pipeline) from the Mallory Group Pad A to the Wallis Run Valve Site in Lycoming County, Pennsylvania.

On August 15, 2022, PHMSA requested additional information from EQT, and responses were provided on August 29 and October 18, 2022. On November 21, 2022, EQT and PHMSA received an email from Mr. Rob Horensky, Manager Safety Division, Bureau of Investigation and Enforcement, Pennsylvania Public Utilities Commission (Commission) noting that any request for consideration to use composite piping by EQT will need to be made through a special permit/waiver filing with the Commission.

Pursuant to 49 United States Code (U.S.C.) § 60118(d), the Commission may waive compliance with a safety standard that applies to an intrastate pipeline over which it has authority per 49 U.S.C. § 60105. The Commission must notify PHMSA in writing if the State grants a waiver of Federal pipeline safety standards at least 60 days before the effective date of the waiver. The

---

[1] EQT's PHMSA Operator Identification Number is 39491.

waiver is effective upon approval by PHMSA or 60 days after the receipt of the waiver from the Commission if there is no action by PHMSA.[2]

PHMSA agrees that EQT's request detailed above needs to be considered by the Commission through its waiver process since the request involves an intrastate pipeline.

Pursuant to 49 CFR § 192.18(c), PHMSA objects to the proposed installation of the 8-inch diameter composite pipe for the Pipeline proposed in Lycoming County, Pennsylvania (Notification 22-244521), pending the Commission's consideration of EQT's request.

If you have any questions regarding this letter, please contact Sentho White, Director of PHMSA Engineering and Research Division, at 202-366-2415.

          Sincerely,

          Alan K. Mayberry
          Associate Administrator for Pipeline Safety

cc: Mr. Rob Horensky, Manager, Pennsylvania Public Utility Commission, rhorensky@pa.gov

---

[2] See Section 2 for State Participation Requirements and Section 3.3 for Waiver of Federal Regulations at: 2022-State-Guidelines-January-14-Final-Version-2022-1-14-with-Apendices.pdf (dot.gov).